# EXHIBIT A

GARY BROWNSTEIN, ESQUIRE
TRIAL ATTORNEY, LLC
Identification No. 36431
1845 Walnut Street, 25th Floor
Philadelphia, PA 19103
(445)444-0062
F(445)446-5125
g.brownsteinlaw@gmail.com

Filed and Attested by the
Office of Judicial Records
13 FEB 2024 10:28 am
C. SMITH

ATTORNEY FOR PLAINTIFF(S)

Mary Jane Barry
And James Barry w/h
1716 Winding Drive
North Wales, PA 19454

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

v.

Term 2024

NO:

Walmart Inc.
1675 S. Christopher Columbus Blvd.
Philadelphia, PA 19148

## NOTICE TO DEFEND

| NOTICE | AVISO |
| --- | --- |
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.<br>*You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.*<br><br>Philadelphia Bar Association<br>Lawyer Referral<br>and Information Service<br>One Reading Center<br>Philadelphia, PA 19107<br>215-238-6333<br>TTY 215-451-6197 | Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decider a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.<br>*Lleve esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.*<br>Asociacion De Licenciados De Filadelfia<br>Servicio De Referencia E<br>Informacion Legal<br>One Reading Center<br>Philadelphia, PA 19107<br>215-238-6333<br>TTY 215-451-6197 |

**GARY BROWNSTEIN, ESQUIRE**
**TRIAL ATTORNEY, LLC**
**Identification No. 36431**
**1845 Walnut Street, 25th Floor**
**Philadelphia, PA 19103**
**(445)444-0062**
**F(445)446-5125**
**g.brownsteinlaw@gmail.com**

**ATTORNEY FOR PLAINTIFF(S)**

**Mary Jane Barry**
**And James Barry w/h**
**1716 Winding Drive**
**North Wales, PA 19454**

**v.**

**Walmart Inc.**
**1675 S. Christopher Columbus Blvd.**
**Philadelphia, PA 19148**

**COURT OF COMMON PLEAS**
**PHILADELPHIA COUNTY**

**Term 2024**

**NO:**

**CIVIL ACTION COMPLAINT**
**COUNT I**

**Mary Jane Barry vs. Walmart Inc.**

1. Plaintiff, Mary Jane Barry is an adult individual residing at the address mentioned above.

2. Defendant, Walmart, Inc. (hereinafter referred to as the "Walmart"), upon information and belief, is a corporation engaged in business throughout the Commonwealth of Pennsylvania, with a principal place of business at the address referenced above.

3. At all times material herein, Defendant, Walmart , owned, leased, operated, maintained, managed and controlled a store located at 2101 Blair Mill Road, Willow Grove, PA.

4. Prior to September 14, 2022, it is believed and therefore averred that Defendant

Walmart had performed certain repairs and/ or improvements to the parking lot adjacent to the store at 2101 Blair Mill Road, Willow Grove, PA, and the conditions created by them caused or contributed to causing Plaintiff's accident and resulting injuries.

5. At all times material to this Complaint, Defendant acted or failed to act, by and through their agents, servants, workmen and/or employees, who were then and there acting within the scope of their authority and course of their employment with Defendant, and in furtherance of Defendant's business.

6. On or about September 14, 2022, and for some time prior thereto, Defendant, acting as aforesaid, carelessly and negligently created and/or allowed a dangerous and defective condition to be and remain on the parking lot outside the aforesaid store located at 2101 Blair Mill Road, Willow Grove, PA.

7. On or about September 14, 2022, Plaintiff was a business invitee on Defendant's property and at Defendant's store located at the above mentioned location, and was authorized and required to traverse the parking lot for purposes of entering and exiting said store to shop.

8. Defendant was responsible for the proper maintenance and repairs of the aforesaid area, and to keep said premises safe for business invitees and guests coming upon and entering the property, including the Plaintiff.

9. On or about September 14, 2022, at or about 1:30 p.m., while a business invitee of the Defendant, Plaintiff did fall to the ground by reason of coming in contact with a dangerous and defective condition, in the form of raised, confusing speed shelf/speed bump in the parking lot, in form of raised, uneven, unlevel concrete, and otherwise defective surface adjacent to the store and parking lot on Defendants property and store at the aforesaid location, causing Plaintiff to suffer the injuries which form the basis for this action.

10. The negligence and carelessness of the Defendant, acting as aforesaid, consisted of the following:

a. Allowing, permitting or causing the placement of a confusing speed shelf/ bump, and raised, uneven and unlevel concrete and a dangerous and defective condition in the concrete and surface in the vicinity of the parking lot at Defendant's store at the aforesaid location, of which it knew or should have known by the exercise of reasonable care was dangerous.

b. Failing to correct said dangerous condition of which it knew or should have known, and which constituted a danger to persons lawfully walking thereon.

c. Failing to keep and maintain the aforesaid entrance area in a reasonably safe condition for use by its business invitees and guests..

d. Failing to provide and maintain an unobstructed and safe route of travel for Plaintiff and others to and from this store.

e. Failing to warn persons on the premises of the existence of said dangerous condition of which Defendant knew or should have known.

f. Failing to inspect said entrance area at reasonable intervals in order to determine the condition thereof.

g. Failing to take full and appropriate remedial measures to timely and satisfactorily address the aforesaid conditions.

h. Negligent construction and/or repairs.

i. Failing to properly supervise construction and/or repairs.

j. Disregarding the rights and safety of the Plaintiff.

k. Failing to exercise due care under the circumstances.

l. Violating the applicable ordinances, statutes, and codes.

11. The aforesaid accident was due solely to the negligence and carelessness of the Defendant acting as aforesaid, and was due in no manner whatsoever to any act or failure to act on the part of the Plaintiff.

12. As a result of this accident, Plaintiff has suffered injuries which are or may be serious and permanent in nature, which include, but are not limited to injuries to her head, face, lip, teeth, left shoulder including acute left rotator cuff tear arequiring surgery, all of which injuries have in the past, and may in the future, cause Plaintiff great pain and suffering.

13. Plaintiff lost wages of her employment and her earning capacity may have been impaired.

14. Solely as a result of the aforesaid, Plaintiff has been, and may in the future be prevented from attending her usual duties, occupation and activities, to her great financial detriment and loss.

15. Plaintiff has been, and may in the future be compelled to expend large and various sums of money for medicines and medical care, in an attempt to cure herself of her injuries, to her great financial detriment.

16. As a direct and proximate result of the accident aforementioned, Plaintiff has or may hereafter incur other financial expenses which she may otherwise be entitled to recover.

17. As a further result of the accident aforementioned, Plaintiff has suffered severe physical pain, mental anguish and humiliation, and she may continue to suffer same for an indefinite period of time.

WHEREFORE, Plaintiff, Mary Jane Barry demands judgment against Defendant, Walmart Inc. in a sum in excess of Fifty Thousand ($50,000) Dollars.

## COUNT II

## LOSS OF CONSORTIUM

**James Barry vs. Walmart Inc.**

18. Plaintiff, James Barry , incorporates by reference the allegations contained in paragraphs 1-17 of above, as if same were set forth herein at length.

19. Plaintiff, James Barry is the spouse of Plaintiff, Mary Jane Barry , and, as such, has incurred expenses for treatment of his wife's injuries, and may in the future be caused to incur additional expenses as he has in the past.

20. As a result of the aforesaid occurrence, Plaintiff, James Barry, to his great detriment and loss, has been deprived of the society, companionship, services and assistance of his wife, to which he is legally entitled.

WHEREFORE, the Plaintiff, James Barry claims damages from the Defendant, Walmart Inc., in an amount in excess of Fifty Thousand ($50,000) Dollars, for Arbitration purposes only.

**GARY BROWNSTEIN, ESQUIRE**
**TRIAL ATTORNEY, LLC**

By: Gary Brownstein, Esquire
Attorney for Plaintiffs

**VERIFICATION**

I, Mary Jane Barry , hereby states that he/she is the Plaintiff in this action and verifies That the statements made in the foregoing are true and correct to the best of his/her knowledge, information and belief. The undersigned understands that the statements therein are made subject to the penalties relating to the unsworn falsification to authorities.

DATED: 1/25/24 Mary Jane Barry